**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 18-1158**

_____

In re: TERRY JACKSON BENNETT,

        Petitioner.

_____

On Petition for Writ of Mandamus.  (3:93-cr-00254-RJC-1; 3:16-cv-00520-RJC)

_____

Submitted:  March 8, 2018                      Decided:  March 14, 2018

_____

Before GREGORY, Chief Judge, and KING and HARRIS, Circuit Judges.

_____

Petition denied by unpublished per curiam opinion.

_____

Terry Jackson Bennett, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terry Jackson Bennett petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court has dismissed Bennett's § 2255 motion. Accordingly, because the district court has recently decided Bennett's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*